ments of statutory value as defined in section 402 (c) and (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (c) and (d)), and accordingly held such values to be the proper ones for tariff purposes.

The *Kresge Co. et al.* case, *supra*, found that sales to which the 10 per centum commission applied, "were fugitive and not in the ordinary course of trade in the principal market of Germany," and the item was therefore held not to be a consideration in determining dutiable values.

On the established facts, I hold the values of the Christmas tree ornaments and glass animals and novelties exported subsequent to January 1, 1938, to be as hereinabove set forth and conceded by the parties, and the export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)), of the invoice items identified with XX in green ink and the initials C. H. R. to be the *per se* unit invoice prices, plus 3½ per centum social assessments for insurance, vacation, and holiday costs, plus packing, as invoiced.

The appeals, having been abandoned as to all other merchandise, are hereby dismissed so far as they relate thereto.

Judgment will be rendered accordingly.

AUGUST 8, 1945

**No. 6205.**— ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ *C. J. Tower & Sons* v. *United States.* Entered at Buffalo, N. Y. Reap. Dec. 6171. Motion by plaintiff.

**No. 6206.**— ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ *Dolliff & McGrath* v. *United States.* Entered at Boston, Mass. Not published. Motion by plaintiff.

## C. J. TOWER & SONS v. UNITED STATES

**No. 6207.**—Invoice dated Italy Cross, Canada, December 8, 1938.
Entered at Buffalo, N. Y., December 14, 1938.
Entry No. B–1691.

(Decided on rehearing [Reap. Dec. 6171] August 20, 1945)

*Lawrence & Tuttle (George R. Tuttle* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General *(Samuel D. Spector,* special attorney), for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement was originally decided in the case of *C. J. Tower & Sons et al.* v. *United States,* Reap. Dec. 6171. A timely rehearing motion, filed by counsel for the plaintiff, was granted.